# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

| | |
|---|---|
| WILLIAM HENRY WALKER BLAKE | CIVIL ACTION NO. 06-0390 |
| -vs- | JUDGE TRIMBLE |
| CAPTAIN MALCOLM DYESS, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

Before the court is a report and recommendation of the magistrate [Doc. #6] suggesting that the civil rights complaint filed by *pro se* plaintiff William Henry Walker Blake ("Blake") pursuant to 42 U.S.C. § 1983 [#1] be dismissed with prejudice. Blake has filed a timely objection to the magistrate's report [#7].[1] After full record review, this court adopts the reasoning and conclusion of the magistrate. Accordingly, the complaint filed by Blake is DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

21 June 2006

                                                  /s/ James T. Trimble, Jr.
                                                  JAMES T. TRIMBLE, JR.
                                                   U.S. DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000).